# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-cr-2902-CAB |
| Plaintiff, | ORDER AND JUDGMENT FOR DISMISSAL OF THE INFORMATION |
| v. | |
| DIOMEDES DE JESUS MALENA-FERNANDEZ, | |
| Defendant. | |

Upon application of the Government and good cause appearing thereof,

IT HEREBY IS ORDERED that the Government's motion to dismiss the Information is GRANTED and this action is hereby dismissed without prejudice.

DATED: 2/23/2016

_____
HONORABLE CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE